AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.
EARL DICKERSON

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1746-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___March 9, 2004___ in ___Suffolk___ county, in the _____ District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally possess with intent to distribute a quantity of cocaine base, a Schedule II controlled substance

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1)___.

I further state that I am a(n) ___State Trooper/DEA Agent___ and that this complaint is based on the following
                                    Official Title
facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___6-2-04___ at ___BOSTON, MASSACHUSETTS___
Date                                                              City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE                  _____
Name & Title of Judicial Officer                                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.