AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MA

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST |
|---|---|---|---|---|---|
| V. | | | | | |
| Earl Dickerson | | | | | Case Number: 04-1746-CBS |

| PRESIDING JUDGE  SWARTWOOD | PLAINTIFF'S ATTORNEY  Capin | DEFENDANT'S ATTORNEY  Weinstein |
|---|---|---|
| TRIAL DATE (S)  6/15/2004 | COURT REPORTER  11:02 A | COURTROOM DEPUTY  Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  | Witnesses |
|  |  | 6/15/2004 |  |  | Agent Patricia Dziadesz |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | Exhibits |
| 1 |  | 6/15/2004 | X | X | Complaint & Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages